# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KATHERINE ANDERSON, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:20-cv-00991-JAR |
| JEFFREY HANSEN, | ) |
| Defendant. | ) |

## MEMORANUM AND ORDER

This matter is before the Court on Defendant Jeffrey Hansen's Motion for Leave to File Under Seal. (Doc. No. 51). For good cause shown and the reasons set forth in the motion, the order will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Leave to File Under Seal [51] is **GRANTED**.

Dated this 11th day of June, 2021.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE