UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KATHERINE ANDERSON, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:20-cv-00991-JAR |
| JEFFREY HANSEN, | ) |
| Defendant. | ) |

## MEMORANUM AND ORDER

This matter is before the Court on Plaintiffs' Motion for Sealing. (Doc. No. 56). For good cause shown and the reasons set forth in the motion, the order will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Sealing [56] is **GRANTED**.

Dated this 23rd day of June, 2021.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE